Order issued September 11, 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00307-CV

JOHN C. FLOOD OF DC, INC., JOHN C. FLOOD, INC.,
AND MELVILLE DAVIS, Appellants

V.

SUPERMEDIA, L.L.C., Appellee

# ORDER

The Court has before it appellee's August 31, 2012 second motion for extension of time to file brief. The motion is **GRANTED** and the brief tendered by appellee on August 31, 2012 is **ORDERED** timely filed as of today's date.



MOLLY FRANCIS
JUSTICE